# POWERS KIRN
## COUNSELORS AT LAW

POWERS KIRN, LLC
728 Marne Highway
Suite 200
Moorestown, NJ 08057
Tel: 856.802.1000
Fax: 856.802.4300
www.powerskirn.com

William M.E. Powers, III
Sarah E. Powers
Edward W. Kirn, III
Jeanette J. O'Donnell
Frances M. Kelly
Angela C. Pattison
Paige M. Bellino
Michael B. McNeil
Katherine Knowlton Lopez

May 16, 2014

**VIA FACSIMILE – (856-757-5896)**
Honorable Ann Marie Donio
United States Magistrate Judge
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Dawn Zieger & John Zieger v. JPMorgan Chase Bank, National Association, et al.
Civil Action No. 1:14-CV-02110-RMB-AMD

Dear Judge Donio:

Our firm is representing, Defendants, Powers Kirn, LLC, William M. E. Powers, III, Esq., Sarah E. Powers, Esq. and Paige M. Bellino, Esq. in the above referenced matter. I am writing to request an extension of time to answer or otherwise respond to the summons and complaint in this action.

Our office does not believe that we were properly served and therefore we are not certain when the time to respond actually expires. Therefore, Defendants, Powers Kirn, LLC, William M. E. Powers, III, Esq., Sarah E. Powers, Esq. and Paige M. Bellino, Esq. respectfully request an extension of time to respond to the complaint until and including June 6, 2014, or such other date as granted by the court.

Thank you for your kind attention in this matter.

By copy of this letter I am advising my adversary of this request.

Very truly yours,

Jeanette J. O'Donnell

#2011-2422
Enclosures
cc: John F. Zieger

So Ordered this 20th day of MAY 2014

Ann Marie Donio, USMJ