[Dkt. Ent. 19]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DAWN M. ZIEGER and JOHN F.
ZIEGER,

        Plaintiffs,

   v.

J.P. MORGAN CHASE BANK, N.A.,
et al.,

        Defendants.

Civil No. 14-2110 (RMB/AMD)

**ORDER**

    This Matter comes before the Court by way of motion [Dkt. Entry 19] of *Pro Se* Plaintiffs, Dawn M. Zieger and John F. Zieger, for leave to file an amended complaint. The Court has considered *Pro Se* Plaintiffs' submission and notes that no proposed amended complaint is attached to the motion papers.

    Local Civil Rule 7.1(f) provides that "[u]pon filing of a motion for leave to file an amended complaint or answer, . . . the moving party shall attach to the motion a copy of the proposed pleading or amendments." The Court notes that an amended complaint supersedes the original version of the complaint. Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d

Cir. 2002) ("An amended complaint [supersedes] the original version in providing the blueprint for the future course of a lawsuit."). As the proposed amended complaint was not attached to the motion papers, *Pro Se* Plaintiffs' motion is denied without prejudice to *Pro Se* Plaintiffs' right to file a renewed motion within twenty (20) days, attaching a proposed amended complaint. Any such proposed amended complaint, however, must incorporate the original allegations and any additional allegations or facts sought to be added. See generally FED. R. CIV. P. 15(a).

Therefore, the Court having decided this matter pursuant to FED. R. CIV. P. 78; and for good cause shown:

IT IS on this 18th day of September 2014,

**ORDERED** that *Pro Se* Plaintiffs' motion [Dkt. Entry 19] to amend their complaint shall be, and is hereby, **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that any renewed motion to file an amended complaint shall be filed in accordance with the Federal Rules of Civil Procedure within twenty (20) days of the entry of this Order.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb