```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| DAWN M. ZIEGER and JOHN F. ZIEGER,<br><br>            Plaintiffs,<br><br>     v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | Civil No. 14-2110 (RMB/AMD) |

**ORDER ON INFORMAL APPLICATION**

This Matter comes before the Court by way of letter application dated October 9, 2014 [Dkt. Entry 25] of Defendants, JPMorgan Chase Bank, National Association (pled as "J. P. Morgan Chase Bank, N.A." and "Chase Home Finance, LLC"), MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc. (pled as "MERSCorp, Inc. (MERS, Inc.))" and Federal National Mortgage Association (pled as "Fannie Mae") (hereinafter, the "Institutional Defendants"), concerning the Amended Complaint filed by *Pro Se* Plaintiffs on October 6, 2014. (See Dkt. Entry 24.)  The Court has also received a letter dated October 14, 2014 from *Pro Se* Plaintiffs, Dawn M. Zieger and John F. Zieger, setting forth their intention to file a motion to amend. (See Dkt. Entry 26.) *Pro Se* Plaintiffs simultaneously

filed a motion to amend the complaint on October 14, 2014. (See Dkt. Entry 27.)

Consequently, for good cause shown:

IT IS on this 21st day of October 2014,

**ORDERED** that the amended complaint filed on October 6, 2014 [Dkt. Entry 24] shall be, and is hereby, **STRICKEN**; and it is further

**ORDERED** that Defendants shall respond to the *Pro Se* Plaintiffs' motion to amend [Dkt. Entry 27] pursuant to the Federal Rules of Civil Procedure. Defendants shall refer to the proposed amended complaint [Dkt. Entry 24] in responding to the motion.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb