[Dkt. Ent. 35]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAWN M. ZIEGER and JOHN F. ZIEGER,<br><br>    Plaintiffs,<br><br>  v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Civil No. 14-2110 (RMB/AMD) |

**ORDER**

      This Matter having come before the Court by way of letter request by Plaintiffs, Dawn M. Zieger and John F. Zieger, dated December 13, 2014 [Dkt. Entry 35]. By way of Order dated November 25, 2014, the Court set December 18, 2014 as the deadline for Plaintiff to file a reply to Defendants' opposition to the motion to amend. To the extent that Plaintiffs are seeking additional time to reply to Defendants' opposition to the motion to amend, the request shall be granted. Consequently, for good cause shown:

      IT IS on this 18th day of December 2014,

**ORDERED** that Plaintiffs' letter request seeking additional time to reply to Defendants' opposition to the motion to amend shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file their reply to Defendants' opposition to the motion to amend by no later than **January 8, 2015.**

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Renée Marie Bumb