UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSY

RECEIVED
JAN 09 2015
AT 8:30_____M
WILLIAM T. WALSH CLERK

DAWN M. ZIEGER,
JOHN F. ZIEGER

Civil Action No. 1:14-cv-02110

        Plaintiffs,

LETTER TO MARK
CASE DISMISSED

-v-

JPMorgan Chase Bank, National Association
Federal National Mortgage Association
Powers Kirn, LLC
William M. E. POWERS, III, Esq.
Sarah E. Powers, Esq.
Paige M. Bellino, Esq.

        Defendants,

We Dawn and John Zieger of full age, do Move this Honorable Court to Dismiss the above reference case without Prejudice.

**WHEREFORE,** Plaintiff's Move this Honorable Court enter an order dismissing this action without Prejudice. With all cost to be paid by individual parties.

Date: January 9, 2015

*Dawn Zieger*
Dawn M. Zieger

*John F. Zg*
John F. Zieger