UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENÉE MARIE BUMB**<br>**UNITED STATES DISTRICT JUDGE** | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Chambers 6050<br>P.O. Box 2736<br>Camden, New Jersey 08101<br>(856) 757-5020   Fax (856) 757-5474 |

January 9, 2015

**ELECTRONICALLY FILED & MAILED**
                    **LETTER ORDER**

Dawn M. Zieger
John F. Zieger
369 Kings Hwy
Salem, New Jersey 08070

Richard P. Haber, Esquire
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, New Jersey 08830

Edward W. Kirn, III, Esquire
Jeanette J. O'Donnell, Esquire
Powers Kirn LLC
9 East Stow Road
Marlton, New Jersey 08053

> Re:   Dawn M. Zieger et al. v.
>       J.P. Morgan Chase Bank, N.A. et al.
>       Civil Action No. 14-2110 (RMB/AMD)

Dear Parties:

   In light of the Plaintiffs' dismissal of the above-captioned matter, this Court **will not** hold a case settlement conference on January 20, 2015, at 10:00 a.m.  The Court notes that such Order was, in any event, improvidently entered as the parties had pending motions to dismiss that should have first been addressed. Those motions, however, have been mooted by the dismissal of the matter.

                                    Very truly yours,

                                    s/Renée Marie Bumb
                                    RENÉE MARIE BUMB
                                    United States District Judge

c:   Arthur Roney, Courtroom Deputy